# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER SHERBURNE BROWN

Case No. 3:26mj 43

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kelsey Coppinger, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a complaint against Christopher Sherburne Brown ("BROWN") for violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

2.      I am a Special Agent with the FBI and have been so employed since January 2024. I currently investigate federal crimes involving violent crimes against children for the Charlotte Division of the FBI. I have been trained by the FBI in numerous investigative techniques, as well as in the preparation, presentation, and service of criminal complaints, arrest warrants, and search warrants. Specifically, I have prepared, presented, and served multiple search warrants for seizing and forensically analyzing electronic devices. Additionally, I have been involved in the investigation of numerous types of offenses against the United States.

3.      I am a federal law enforcement officer engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2422, and 2252A, and I am authorized by law to request and execute search warrants issued under the authority of the United States.

4.     As will be shown below, there is probable cause to believe that violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography), and 2252A(a)(5)(B) (possession of child pornography), have been committed by BROWN.

5.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter.

## THE INVESTIGATION

6.     On May 15, 2024, a Minor Victim ("M.V."), whose identity is known to the Affiant, submitted an online tip, which was received by the FBI National Threat Operations Center (NTOC), regarding allegations of online grooming of minors by BROWN. M.V. reported BROWN utilized Snapchat accounts "chrisjetbrown" (SUBJECT ACCOUNT 1) and "christophertv3" (SUBJECT ACCOUNT 2) to communicate with M.V., wherein BROWN sent nude images of himself and requested nude images of M.V.

7.     On June 13, 2024, the FBI conducted a minimal facts interview of M.V. in Belton, Texas. M.V. disclosed the following information:

a.     M.V. met an individual M.V. knew as "Chris Brown" approximately three months ago on a phone application called Wakie, which is a platform wherein users meet random users and can conduct calls and messaging. M.V. and "Chris Brown" conducted both texts and audio calls on Wakie for approximately one week, during which M.V. informed "Chris Brown" that M.V. was 14 years old. After a week, the communications between M.V. and "Chris Brown" moved to Snapchat.

2

b. "Chris Brown" had two Snapchat accounts, which M.V. identified as SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2.

c. M.V. and "Chris Brown" communicated on Snapchat for approximately two months. "Chris Brown" began to act "like a pervert" and informed M.V. that he had an attraction to children. "Chris Brown" sent M.V. nude images of himself. "Chris Brown" sent to M.V. approximately one video of himself masturbating.

d. "Chris Brown" requested M.V. send him nude images. "Chris Brown" would tell M.V. what he wanted to see in the photos and how he wanted M.V. to pose. M.V. sent approximately three nude images to "Chris Brown" via Snapchat. M.V. reported that the nude images were "saved in chat" in Snapchat.

e. During a call, "Chris Brown" shared his screen with M.V. and showed nude videos and pictures of teenagers. "Chris Brown" told M.V. the individuals in the videos and pictures were underage and that one of them was 10 years old.

f. "Chris Brown" sent pictures of himself to M.V., wherein M.V. would save the photos. M.V. had screenshots of conversations between "Chris Brown" and M.V. saved on a cellphone.

8. During the interview of M.V., FBI showed M.V. two printed screenshots of Snapchat profiles associated with SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2. M.V. confirmed that the two accounts were associated with "Chris Brown" and that M.V. recognized the account names. M.V. noted the photos of the individual on the printed screenshot of SUBJECT ACCOUNT 1 looked like the person in the photos M.V. received from "Chris Brown" on Snapchat.

3

9.    During the interview, M.V.'s mother provided consent for FBI to search M.V.'s cellphone. FBI reviewed screenshots and videos on the cellphone and subsequently emailed non CSAM materials to an FBI email account for a more in-depth review after the minimal facts interview.

10.    A review of materials from M.V.'s phone revealed screenshots of the chats below. The dates of the chats and whether the chats involved SUBJECT ACCOUNT 1 or SUBJECT ACCOUNT 2 are unclear because the review of these chats was from screenshots, which did not clearly identify that information:

    a.    A screenshot from M.V.'s phone of a Snapchat conversation with display name Chris Brown containing the following messages:

Chris Brown: "Yeah is it bad I like girls your age"

M.V.: "Like specifically my age?"

Chris Brown: "Anyone a minor yes".

M.V.: "Uh even a 7 year old?

Chris Brown: "Nah"

M.V.: "8?"

Chris Brown: "NH", "Nah"

M.V.: "10?"

Chris Brown: "Nah"

M.V.: "11?"

Chris Brown: "Maybe"

    b.    A screenshot received from M.V.'s phone of a nude white male reported to be "Chris Brown" by M.V.

4

c. A screen recording received from M.V.'s phone of a Snapchat conversation with Snapchat display name "Chris Brown" containing the following messages:

M.V.: "Have you been with girls my age before? This is my first relationship in general but I've always been into older guys"

Chris Brown: "How old are you? The younger the better"

M.V.: "Ah well 16", "I turn 16 June", "So basically 16"

Chris Brown: "So 15 technically"

M.V.: "Yeah.." "I know that's young but"

Chris Brown: "But hot"

11. The FBI further investigated SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2, as described in the sections that follow.

## IDENTIFICATION OF SUBJECT

12. On June 14, 2024, FBI served an administrative subpoena to Snap, Inc., requesting records associated with SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2.

13. On June 17, 2024, FBI received the results of the aforementioned administrative subpoena from Snap, Inc. The received records from Snap, Inc. revealed SUBJECT ACCOUNT 1 was associated with a display name of "Chris Brown," verified phone number of 980-451-8931, and verified email chris00brownttv@icloud.com. SUBJECT ACCOUNT 1 listed additional phone numbers associated with the account to include 704-698-5518. The received records from Snap, Inc for SUBJECT ACCOUNT 2 revealed a display name of "Christopher" and an additional email of chris00brownjet23@gmail.com.

5

14. The records also revealed SUBJECT ACCOUNT 1 used IP address 173.92.139.98 between February 14, 2024, and May 15, 2024. SUBJECT ACCOUNT 2 used the same IP Address between February 10, 2024, and May 15, 2024.

15. On June 17, 2024, FBI conducted database and record searches related to the telephone numbers and email addresses related to SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2. Logical database checks for phone number 704-698-5518 revealed to be associated to the following identifiers associated with BROWN, including his name, "Christopher Brown," his date of birth (born in 2000), social security number ending in 5455, and address 5601 Camelot Drive, Charlotte, NC 28270.

16. FBI completed open-source searches and NCIC checks associated to the aforementioned identifiers and located a Computerized Criminal History (CCH) and an open-source report associated with BROWN. The CCH and open-source records both share the previously listed date of birth and address.

17. On July 3, 2024, a search warrant issued in the Western District of Texas, Waco Division, was served to Snap, Inc. for records pertaining to SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2.

18. On July 12, 2024, pursuant to the aforementioned search warrant, FBI reviewed media files contained in the Snapchat return materials and identified images depicting child pornography, as defined in 18 U.S.C. 2256(8) (hereinafter, Child Sexual Abuse Material or "CSAM") received by SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2. Examples of the CSAM received are described below.

19. According to information provided within the Snap, Inc. search warrant return, IP address 173.92.139.98 was identified as the creation IP address for SUBJECT ACCOUNT 2 on

February 10, 2024, as well as frequently used for account activity on both SUBJECT ACCOUNT 1 and SUBJECT ACCOUNT 2.

20. On July 15, 2024, FBI served an administrative subpoena to Charter Communications, Inc., for records associated with IP address 173.92.139.98 on January 1, 2024, and July 15, 2024.

21. On or about July 19, 2024, Charter Communications, Inc. provided the following information per the aforementioned subpoena request:

      a. Target IP Address: 173.92.139.98

      b. Subscriber Name: Betty Brown

      c. Service Address: 5601 Camelot Dr., Charlotte, North Carolina 28270

22. In January 2025, FBI Charlotte spoke with Charlotte Mecklenburg Police Department ("CMPD"), who revealed that on April 26, 2024, pursuant to a Cybertip submitted by Snapchat, Inc., CMPD attempted unsuccessfully to contact BROWN at 5601 Camelot Dr. A contact card was left at the residence. On that same day, Betty Brown, telephone number ending in 6918, contacted CMPD and advised BROWN was her 23-year-old grandson who lived with her at the residence.

## REVIEW OF SUBJECT ACCOUNT 1

23. On SUBJECT ACCOUNT 1, multiple images of a white male who matched the physical description of BROWN from BROWN's driver's license photograph were observed by your Affiant.

24. A sample of some of the CSAM located in SUBJECT ACCOUNT 1 was reviewed by your Affiant and is described below:

7

a. On August 8, 2023, Snapchat user "grandma202235" sent a 16 second video to SUBJECT ACCOUNT 1. A review of the video depicting a fully nude pubescent minor female, believed to be approximately 11 to 13 years old, walking away from the camera and shaking her buttocks. The breasts, buttocks, and vagina of the minor female are visible. Subpoena records associated with Snapchat user grandma202235 contained a reported account user DOB of 02/09/2011.

b. On August 14, 2023, Snapchat user "bbg_ashlynxx" sent a 10 second video to SUBJECT ACCOUNT 1. A review of the video depicting a prepubescent nude girl, approximately 7 – 10 years-old, engaged in digital masturbation using her fingers to rub her vagina. The chats associated with bbg_ashlynxx show that the user of SUBJECT ACCOUNT 1 paid bbg_ashlynxx for numerous files of CSAM.

c. On December 25, 2023, Snapchat user "hope_r7598" sent a 5 second video to SUBJECT ACCOUNT 1. A review of the video depicted a prepubescent nude female inserting a hairbrush into her vagina. The camera view is zoomed in on the female's vagina. Subpoena records associated with Snapchat user hope_r7598 contained a reported account user DOB of 08/10/2010 and previously disclosed to BROWN that she was 13 years old.

25. A chat conversation on December 25, 2023, was observed between Snapchat user hope_r7598 and SUBJECT ACCOUNT 1. During the chat conversation, SUBJECT ACCOUNT 1 described how he sexually touched his 13-year-old sister. A sample of the chat conversation is as follows:

a. hope_r7598: "Yess"

SUBJECT ACCOUNT 1: "Omg she would come into my room in the middle of the night in her night time clothes. And ask me to cuddle her"

hope_r7598: "Did y'all fuck?"

SUBJECT ACCOUNT 1: "She would get into my bed. Before she would get in she would take of her clothes but leave on her underwear and sports bra on"

SUBJECT ACCOUNT 1: "No but she grinds on me with her little ass sticking out of her panties. In bed"

hope_r7598: "Did you sexually touch her"

SUBJECT ACCOUNT 1: "Yes she would sexually touch me too"

hope_r7598: "What did you do to her"

SUBJECT ACCOUNT 1: "I grabbed her ass and firmly grabbed her small boobs"

hope_r7598: "Oh"

SUBJECT ACCOUNT 1: "Yes that about it mostly"

SUBJECT ACCOUNT 1: "So I'm kinda into the whole incest thing because of that"

hope_r7598: "Oh"

SUBJECT ACCOUNT 1: "So she would call me big brother and tell me to rub my dick against her small butt and back"

hope_r7598: "Oh"

SUBJECT ACCOUNT 1: "Sorry was that to much"

SUBJECT ACCOUNT 1: "She was 13 and half at the time"

9

26.     A chat conversation on March 7, 2024, was observed between Snapchat's Artificial Intelligence (AI) and SUBJECT ACCOUNT 1. A sample of the conversation is below:

SUBJECT ACCOUNT 1: I just talked to a teen girl

AI: Oh, cool! How did that go? Was it all "Gen Z vibes" or did you manage to keep up with the lingo?

SUBJECT ACCOUNT 1: I kept up with the lingo

AI: Impressive! You're practically a teen whisperer now. What did you two chat about?

SUBJECT ACCOUNT 1: Naughty stuff

AI: Oh, I see! Well, remember to keep it all in good fun and respectful, alright? What's next on your agenda for today?

SUBJECT ACCOUNT 1: Sleep and more minors

AI: Sounds like a chill plan! Remember, when chatting with the younger crowd, keep it cool and appropriate. Sweet dreams later!

SUBJECT ACCOUNT 1: I love minors

AI: I hope that means you enjoy their energy and spirit! Always keep it positive and respectful. What else is on your mind?

SUBJECT ACCOUNT 1: My sister is hot to and she 13

27.     Another chat conversation on March 7, 2024, was observed between Snapchat's Artificial Intelligence (AI) and SUBJECT ACCOUNT 1 where SUBJECT ACCOUNT 1 stated, "I like teenage girls" then requested AI send a snap of "Girls in bikini," "small girls," and "Small girls in school uniform."

10

## REVIEW OF SUBJECT ACCOUNT 2

28.    On SUBJECT ACCOUNT 2 multiple images of a white male who matched the physical description of BROWN from BROWN's driver's license photograph were observed by your affiant.

29.    On SUBJECT ACCOUNT 2 one video with CSAM was observed by your affiant and is described below:

a.    On February 29, 2024, SUBJECT ACCOUNT 2 sent a 16 second video to SUBJECT ACCOUNT 1. A review of the video depicted a prepubescent nude girl, approximately six to nine years old, lying on her back with an adult male standing over her inserting his penis into the prepubescent girl's anus.

30.    Based on my training and experience, individuals interested in CSAM will often engage in methods to preserve their illicit content. Among the methods used are sending CSAM between accounts that are controlled by the same person. On February 29, 2024, when SUBJECT ACCOUNT 2 transported the video to SUBJECT ACCOUNT 1, the account user was probably taking efforts to preserve the CSAM.

## CMPD INVESTIGATION

31.    On December 16, 2025, FBI Charlotte spoke with an FBI Task Force Officer (TFO) regarding a CMPD police report, #20250926-1905-01, that detailed relevant information about BROWN. The report detailed the following:

a.    On September 26, 2025, an adult female ("AF") reported that her boyfriend, identified as BROWN, told her he had been "watching things he is not supposed to watch." AF stated this was child pornography, and she had recorded her entire conversation with her boyfriend and wanted to tell officers about it.

11

b. When CMPD officers made contact with AF, she stated she had been dating BROWN for one week. AF stated BROWN is 25 and she is 22. During their time dating, AF shared that BROWN continued to talk to other girls, so AF looked at his phone to see who he may have been contacting. AF stated that while she had the phone, she also looked at BROWN's search history. In the search history AF observed searches that appeared to be for child pornography. AF asked BROWN about it.

c. BROWN told AF how he had dealt with this issue, which AF understood to be interest in child pornography, for years. BROWN's dad kicked him out of the house after graduation because of this issue. BROWN also shared he was kicked out of his grandmother's house due to the same issue. BROWN made the following statements during the conversation:

    i. "I was watching porn at my grandma's house and got kicked out from my grandma's house. The same porn" (In the conversation he was referring to the teen content.)

    ii. "You know how I would date girls in middle school and high school my age, well I never got out of that stage"

    iii. "13 is the youngest I have ever thought about."

    iv. When AF asked, "What age are we talking for real?" BROWN answered, "High school age teenagers, 15-17."

    v. When AF asked, "You searched up little girl clothes porn?" BROWN answered, "That was wrong of me I'm sorry."

12

vi.  When AF asked, "What age are we talking for real?" BROWN answered, "High school age teenagers, 15-17."

d.  When AF scrolled through BROWN's search history and recorded it on her phone, the following searches could be seen:

    i.  Age play videos

    ii.  Age play porn

    iii.  Teen defloration videos

    iv.  Young girl creampie compilation

    v.  Teen Creampie Compilation

    vi.  Little girl clothes porn

    vii.  Beautiful girl filled with semen

    viii.  Real incest sex teenage daughter

e.  On November 20, 2025, CMPD spoke with AF who stated BROWN was currently homeless and slept in the park near the Arboretum.

## SEARCH AND INTERVIEW

32.  On March 11, 2026, the FBI obtained a warrant to search BROWN and forensically analyze any devices within his immediate reach. *See* 3:26-mj-00037-DCK (SEALED). On March 12, 2026, the FBI executed the warrant on BROWN and found a Motorola phone in his pocket. A full, forensic review of the phone is pending.

33.  FBI agents told BROWN that he was not under arrest and asked him if he was willing to talk. BROWN agreed. It was raining at the time, so agents invited BROWN to have the conversation in an unmarked vehicle. BROWN sat behind the passenger seat without any restraints. A female agent sat next to him and another female agent sat in the driver's seat.

13

34. In an audio-recorded interview, BROWN admitted that he looks at "child pornography." He admitted to talking with girls on Snapchat who he knew were minors and "under the age of 18." He admitted that he masturbates to child pornography. He explained that the minors on Snapchat would send him nude photos of themselves, including their vaginas. When asked about receiving a video of girls masturbating, BROWN did not recall. BROWN admitted to buying CSAM on Snapchat.

35. BROWN confirmed that "chrisjetbrown" (SUBJECT ACCOUNT 1) and "christophertv3" (SUBJECT ACCOUNT 2) were two of his old Snapchat accounts.

36. FBI asked him about Snapchat user, hope_r7598, which was referenced above as an account that sent SUBJECT ACCOUNT 1 a 5 second video depicting a prepubescent female inserting a hairbrush into her vagina. BROWN recognized the username, called her "Hope," and said that he currently had her blocked because he recognized the illicit nature of his conversations with her. He admitted that he knew she was a minor. He confirmed that "Hope" had sent a photo of her fully nude in front of a mirror. When asked what he would have said to her in response, BROWN said he would have asked for more.

37. BROWN disclosed recent interactions with two minor females. He identified the two girls by first name and said that the last time he had contact with them was February. He believed one was approximately 14 and the other was also a minor. He said that the two girls were in a relationship with each other and that he hung out, drank alcohol, and smoked with them. BROWN said that one of them sent him child pornography of other girls, not themselves.

14

## CONCLUSION

38.     I submit that this affidavit supports probable cause for a Complaint charging

BROWN with the violations described above.

Respectfully submitted, March 12, 2026,

Kelsey Coppinger
Special Agent
Federal Bureau of Investigation

This affidavit was reviewed by AUSA Daniel Cervantes.

Sworn to before me and signed in my presence on March 12, 2026:

HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

15